UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23591-RAR

**RENEE EDWARDS,**

    Plaintiff,

v.

**NCL (BAHAMAS) LTD.,**

    Defendant.
_____/

### ORDER REQUIRING JOINT SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **October 18, 2023**. In addition, by **October 18, 2023**, the parties must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2023.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

---

[1] The parties must not include Judge Ruiz as an interested party unless he has an interest in the litigation.